**Electronically Filed**
**Supreme Court**
**SCWC-30062**
**28-FEB-2011**
**11:21 AM**

NO. SCWC-30062

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF M.G.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30062; FC-S NO. 05-0025K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Mother-Appellant's application for writ of

certiorari, filed on January 20, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 28, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Julie Kai Barreto
for petitioner/mother-
appellant on the application

Girard D. Lau, Acting
Solicitor General,
Kimberly Tsumoto Guidry,
Deirdre Marie-Iha
Deputy Solicitors General,
for respondent/petitioner-
appellee State of Hawaiʻi,
Department of Human Services

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Garibaldi, assigned by reason of vacancy.